A TRUE COPY
ATTEST
DATED 2.27.2007.20
ROBERT C. HEINEMANN
BY Augus Mun CLERK
DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 5 2006

FILED
CLERK'S OFFICE.

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-60)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,128 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 1 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-60 - TAG-ALONG ACTIONS
### DOCKET NO. 1596
### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

**CALIFORNIA NORTHERN**
CAN 3  06-544     Michelle Massey, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06—4688
CAN 3  06-547     Mark Bobal v. AstraZeneca Pharmaceuticals, LP, et al. 06—4689
CAN 3  06-549     Jerry Bradley, Sr., et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06—4690
CAN 3  06-551     John Heigl v. AstraZeneca Pharmaceuticals, LP, et al. 06—4691
CAN 3  06-555     Barbara Dortch v. AstraZeneca Pharmaceuticals, LP, et al. 06—4692
CAN 3  06-565     Ned Godfrey v. AstraZeneca Pharmaceuticals, LP, et al. 06—4693
CAN 3  06-566     Ethel Harkins v. AstraZeneca Pharmaceuticals, LP, et al. 06—4694
CAN 3  06-567     Elsie Rosales v. AstraZeneca Pharmaceuticals, LP, et al. 06—4695
CAN 3  06-570     Shirley Goldsmith v. AstraZeneca Pharmaceuticals, LP, et al. 06—4696
CAN 3  06-572     Marjorie Hess v. AstraZeneca Pharmaceuticals, LP, et al. 06—4697
CAN 3  06-577     Barry Derosky, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06—4698
CAN 3  06-578     Gail Gringel v. AstraZeneca Pharmaceuticals, LP, et al. 06—4699
CAN 3  06-582     Leona Cardwell v. AstraZeneca Pharmaceuticals, LP, et al. 06—4700
CAN 3  06-585     Sandra Chathams v. AstraZeneca Pharmaceuticals, LP, et al. 06—4701
CAN 3  06-591     Lisa Peat, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06—4702
CAN 3  06-598     Lucas Webb v. AstraZeneca Pharmaceuticals, LP, et al. 06—4703
CAN 3  06-611     William Kasperson v. AstraZeneca Pharmaceuticals, LP, et al. 06—4704
CAN 3  06-613     Cheryl Levy v. AstraZeneca Pharmaceuticals, LP, et al. 06—4705
CAN 3  06-618     Jennifer Bosaw, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06—4706
CAN 3  06-620     Kenneth King v. AstraZeneca Pharmaceuticals, LP, et al. 06—4707
CAN 3  06-625     William O'Hosky v. AstraZeneca Pharmaceuticals, LP, et al. 06—4708
CAN 3  06-655     Loraine Clements v. AstraZeneca Pharmaceuticals, LP, et al. 06—4709
CAN 3  06-663     Lori Robinson v. AstraZeneca Pharmaceuticals, LP, et al. 06—4710
CAN 4  06-541     Sharon Tenney, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06—4711
CAN 4  06-542     Joy Orie v. AstraZeneca Pharmaceuticals, LP, et al. 06—4712
CAN 4  06-553     Laura Faulk, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06—4713
CAN 4  06-580     Mary Geones, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06—4714
CAN 4  06-614     Donna Linderman v. AstraZeneca Pharmaceuticals, LP, et al. 06—4715
CAN 4  06-615     Raymond Weldon v. AstraZeneca Pharmaceuticals, L.P., et al. 06—4716
CAN 4  06-621     Quincy Alderson v. AstraZeneca Pharmaceuticals, LP, et al. 06—4717
CAN 4  06-626     Clinton Spung v. AstraZeneca Pharmaceuticals, LP, et al. 06—4718

**INDIANA SOUTHERN**
INS  1  06-935     Linda Brown v. Eli Lilly & Co. 06—4719

**MINNESOTA**
MN  0  06-2558     Lolesha Nwogbo v. Eli Lilly & Co. 06—4720

**MISSOURI WESTERN**
MOW 6  06-3267     Shirley Copeland v. Eli Lilly & Co. 06—4721

**PENNSYLVANIA EASTERN**
PAE  2  06-2776     Carl James v. Eli Lilly & Co. 06—4722
PAE  2  06-2777     Dwight Fuller v. Eli Lilly & Co. 06—4723
PAE  2  06-2778     Violet R. Herb v. Eli Lilly & Co. 06—4724

**TEXAS EASTERN**
TXE  5  06-128     Eugene Luettinger v. Eli Lilly & Co. 06—4725
TXE  5  06-145     Robert E. Cook, et al. v. Eli Lilly & Co. 06—4726
TXE  5  06-146     Sherry Bell, et al. v. Eli Lilly & Co. 06—4727

# SCHEDULE CTO-60 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                CASE CAPTION

**CALIFORNIA NORTHERN**

| | |
|---|---|
| CAN 3  06-544 | Michelle Massey, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-547 | Mark Bobal v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-549 | Jerry Bradley, Sr., et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-551 | John Heigl v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-555 | Barbara Dortch v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-565 | Ned Godfrey v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-566 | Ethel Harkins v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-567 | Elsie Rosales v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-570 | Shirley Goldsmith v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-572 | Marjorie Hess v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-577 | Barry Derosky, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-578 | Gail Gringel v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-582 | Leona Cardwell v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-585 | Sandra Chathams v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-591 | Lisa Peat, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-598 | Lucas Webb v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-611 | William Kasperson v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-613 | Cheryl Levy v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-618 | Jennifer Bosaw, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-620 | Kenneth King v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-625 | William O'Hosky v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-655 | Loraine Clements v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3  06-663 | Lori Robinson v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4  06-541 | Sharon Tenney, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4  06-542 | Joy Orie v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4  06-553 | Laura Faulk, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4  06-580 | Mary Geones, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4  06-614 | Donna Linderman v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4  06-615 | Raymond Weldon v. AstraZeneca Pharmaceuticals, L.P., et al. |
| CAN 4  06-621 | Quincy Alderson v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4  06-626 | Clinton Spung v. AstraZeneca Pharmaceuticals, LP, et al. |

**INDIANA SOUTHERN**

| | |
|---|---|
| INS  1  06-935 | Linda Brown v. Eli Lilly & Co. |

**MINNESOTA**

| | |
|---|---|
| MN  0  06-2558 | Lolesha Nwogbo v. Eli Lilly & Co. |

**MISSOURI WESTERN**

| | |
|---|---|
| MOW 6  06-3267 | Shirley Copeland v. Eli Lilly & Co. |

**PENNSYLVANIA EASTERN**

| | |
|---|---|
| PAE  2  06-2776 | Carl James v. Eli Lilly & Co. |
| PAE  2  06-2777 | Dwight Fuller v. Eli Lilly & Co. |
| PAE  2  06-2778 | Violet R. Herb v. Eli Lilly & Co, |

**TEXAS EASTERN**

| | |
|---|---|
| TXE  5  06-128 | Eugene Luettinger v. Eli Lilly & Co. |
| TXE  5  06-145 | Robert E. Cook, et al. v. Eli Lilly & Co. |
| TXE  5  06-146 | Sherry Bell, et al. v. Eli Lilly & Co. |